AO91 (Rev. 12/03) Criminal Complaint

# UNITED STATES DISTRICT COURT

DISTRICT OF **Alaska**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>Pedro "Manuel" Ofilada<br>315 Pine Crescent Street<br>Kodiak, AK 99615<br><br>(Name and Address of Defendant) | **CRIMINAL COMPLAINT**<br><br>Case Number: 3:06-mj-00049-JDR |

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **See Affidavit** (Date) in _____ County, in the **Municipality of Anchorage and elsewhere** District of **Alaska** defendant(s) did,

*(Track Statutory Language of Offense)*

knowingly use, attempt to use, possess, obtain, accept, or receive any such visa, permit, border crossing card, alien registration receipt card, or other document prescribed by statute or regulation for entry into or as evidence of authorized stay or employment in the United States, knowing it to be forged, counterfeited, altered, or falsely made, or to have been procured by means of any false claim or statement, or to have been otherwise procured by fraud or unlawfully obtained; and
willfully, knowingly, and with intent to deceive, uses a social security account number, assigned by the Commissioner of Social Security (in the exercise of the Commissioner's authority under section 405(c)(2) of this title to establish and maintain records) on the basis of false information furnished to the Commissioner of Social Security by him or by any other person.

in violation of Title **18** United States Code, Section(s) **1546(a) and 42 U.S.C. 408(a)(7)(A)**.

I further state that I am a(n) **Special Agent** (Official Title) and that this complaint is based on the following facts:

Please See Attached Affidavit

Continued on the attached sheet and made a part of this complaint:  ✓ Yes   ☐ No

/s/ James Prichett
Signature of Complainant

JAMES PRICHETT, SA, ICE
Printed Name of Complainant

Sworn to before me and signed in my presence,

March 3, 2006                                    at    Anchorage, Alaska
Date                                                        City and State

JOHN D. ROBERTS, U.S. Magistrate Judge          /s/ JOHN D. ROBERTS (seal affixed)
Name and Title of Judge                                 Signature of Judge