AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF ALASKA _____

UNITED STATES OF AMERICA

V.

~~[redacted]~~ Pedro M. Ofilada

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
**(Rule 5 or 32.1, Fed. R. Crim. P.)**

CASE NUMBER: 3:06-mj-00049-JDR

I, __Pedro M. Ofilada__, charged in a ☒ complaint ☐ petition pending in this District with _____

in violation of __18__, U.S.C., __1546(a) and 42 U.S.C. 408__

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary ☐ examination ☒ hearing, do hereby waive (give up) my right to a preliminary ☐ examination ☒ hearing.

3/13/06
Date

X Pedro Ofilada
Defendant

[signature]
Counsel for Defendant