DEBORAH M. SMITH
Acting United States Attorney

TODD S. MIKOLOP
Special Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West Seventh Ave., Room C-252
Anchorage, Alaska 99513
Tel.: (907)271-5071
Fax: (907)-271-1500
email: todd.mikolop@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No. |
|---|---|---|
| Plaintiff, | ) | |
| | ) | COUNT 1: |
| | ) | SOCIAL SECURITY FRAUD |
| v. | ) | Vio. 42 U.S.C. § 408(a)(7)(A) |
| | ) | |
| PEDRO "MANUEL" OFILADA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

# I N F O R M A T I O N

The United States Attorney charges that:

## General Allegations

1. The defendant, PEDRO "MANUEL" OFILADA, is a Phillipine national who entered the United States illegally on July 12, 1996, using the name "Demetrio Legaspi Madriaga" and date of birth 8/14/1946.

2. "Demetrio Legaspi Madriaga" died on January 28, 1989, in Tubao, Philippines.

3. On July 7, 1996, the defendant, PEDRO "MANUEL" OFILADA, applied for a Social Security number card using the name "Demetrio Legaspi Madriaga" and date of birth ▮▮▮▮▮, and on July 15, 1996, was issued SSN ▮▮▮▮▮ for "Demetrio Legaspi Madriaga."

4. On January 9, 2005, the defendant, PEDRO "MANUEL" OFILADA, applied for and received an Alaska Permanent Fund Dividend using the name "Demetrio Legaspi Madriaga" and SSN 6▮▮▮▮▮.

## APPLICABLE LAWS AND REGULATIONS OF THE UNITED STATES

5. 42 U.S.C. § 408 (a)(7)(A) makes it unlawful to willfully, knowingly, and with intent to deceive, use a social security account number, assigned by the Commissioner of Social Security on the basis of false information furnished to the Commissioner of Social Security by him or by any other person for the purpose of obtaining any payment or any other benefit to which he is not entitled.

## COUNT 1

### SOCIAL SECURITY FRAUD

6. Paragraphs 1-5 of this information are re-alleged in their entirety and incorporated herein.

7. On or about January 9, 2005, in the District of Alaska, the defendant, PEDRO "MANUEL" OFILADA, willfully, knowingly, and with intent to deceive, used a social security account number, assigned by the Commissioner of Social Security on the basis of

false information furnished to the Commissioner of Social Security by him or by any other person for the purpose of obtaining a payment or benefit to which he is not entitled.

All of which is in violation of Title 42, United States Code, Section 408 (a)(7)(A).


Dated:  April 5, 2006             Respectfully Submitted,


                                          DEBORAH M. SMITH
                                        Acting United States Attorney


                                        s/ Todd Mikolop
                                        Special Assistant United States Attorney
                                        Federal Building & U.S. Courthouse
                                        222 West Seventh Ave., Room C-252
                                        Anchorage, Alaska 99513
                                        Tel.:  (907)271-5071
                                        Fax:  (907)-271-1500
                                        email: todd.mikolop@usdoj.gov