MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs PEDRO MANUEL OFILADA      CASE NO. 3:06-cr-00035-JWS
Defendant: X Present    X In Custody

BEFORE THE HONORABLE               JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:             ELISA SINGLETON

UNITED STATES ATTORNEY:            TOD MIKOLOP

DEFENDANT'S ATTORNEY:              MIKE DIENI

U.S.P.O.:                          PAULA MCCORMICK

INTERPRETER:         JOEL ROJANO         ( TAGALOG )
X   Telephonic Appearance                (Language)

PROCEEDINGS: ARRIAGNMENT ON FELONY INFORMATION
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:37 a.m. court convened.

X Copy of Information given to defendant: read off record.

X Defendant advised of general rights. X Waived full advisement.

X Defendant advised of charges and penalties.

X Defendant states true name: Same as Above

X PLEA Not Guilty to Count 1 of the Information

X Detention continued.

X Court advised counsel trial date had not been set.

X OTHER: Waiver of Indictment FILED. Parties request Change of Plea Hearing be set as soon as possible before Judge Sedwick. No Pretrial motions deadlines set; counsel to notify court if deadlines are needed at a later date.

Adjourned at 9:52 a.m.


DATE: April 10, 2006        DEPUTY CLERK'S INITIALS:    ES