Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>PEDRO "MANUEL" OFILADA,<br><br>　　　　　　Defendant. | Case No. 3:06-cr-0035-JDR<br><br>NON-OPPOSED MOTION FOR CHANGE OF PLEA HEARING, *filed on shortened time* |

　　　　　Defendant, Pedro "Manuel" Ofilada, by and through counsel Michael Dieni, Assistant Federal Defender, moves this court for a hearing to consider a guilty plea.  This is a "fast track" case, partially based upon Mr. Ofilada's immigration status.  Mr. Ofilada has previously waived his right to a preliminary hearing and an indictment.  He now wishes to plead guilty to the recently filed Information.

　　　　　Mr. Ofilada wishes to proceed as quickly as possible.  The government has agreed to recommend a "time-served" sentence, followed by supervised release.  Once sentenced, Mr. Ofilada will be removed from the United States to the Philippines by immigration authorities.

In setting the date, counsel for Mr. Ofilada wishes the court to know that he will be out of district and unavailable April 12 and 13, 2006.

DATED this 10th day of April, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on April 10, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Todd Mikolop, Esq.

/s/ Michael D. Dieni