UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>PEDRO "MANUEL" OFILADA,<br><br>          Defendant. | Case No. 3:06-cr-0035-JDR<br><br>PROPOSED ORDER |

After due consideration of defendant's non-opposed motion for a hearing to consider a guilty plea, it is hereby ordered that the motion is Granted, and a hearing is set for April ___, 2006, at _____ a.m./p.m..

DATED this ____ day of _____, 2006 in Anchorage, Alaska.

_____
John W. Sedwick
United States District Court Judge