✎ AO 455 (Rev. 12/03) Waiver of Indictment

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

V.                                          **WAIVER OF INDICTMENT**


CASE NUMBER:   3 : 06 cr 35


I,  _Pedro Ofilada_____, the above named defendant, who is accused of



being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open

court on _____4 | 10 | 06_____ prosecution by indictment and consent that the pro-
                                    Date

ceeding may be by information rather than by indictment.




X _Pedro Ofilada_____
    _Defendant_

    _Counsel for Defendant_


Before    **REDACTED SIGNATURE**
          _____
                        _Judge_