### MINUTES OF THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA

 UNITED STATES OF AMERICA      v.    PEDRO MANUEL OFILADA 

THE HONORABLE JOHN W. SEDWICK       CASE NO.   3:06-cr-00035-JWS 

   Deputy Clerk            Official Recorder

   Pam Richter 

APPEARANCES:   for PLAINTIFF:   ----

               for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

The motion for a proposed change of plea hearing at docket 15 is **GRANTED** as follows:  The court will conduct a proposed change of plea proceeding at 2:00 PM on Friday, April 14, 2006.

If defendant pleads guilty, the court may or may not depending on what is learned about defendant proceed immediately to imposition of sentence depending on what is learned .

DATE:  April 10, 2006 

ENTERED AT JUDGE'S DIRECTION
INITIALS:  prr 
Deputy Clerk

[FORMS*IA*]